IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOROTHY MAE WALLS** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 07-4280 |
| **MICHAEL J. ASTRUE,** | : | |
| *Commissioner of the* | : | |
| *Social Security Administration* | : | |

## ORDER

**AND NOW**, this 23rd day of August, 2008, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, and having received no objections thereto, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED**; and

3. The decision of the Commissioner which denied disability benefits to Plaintiff is vacated, and the case is **REMANDED** for further proceedings.

BY THE COURT:

/s/ Bruce W. Kauffman
BRUCE W. KAUFFMAN, J.